**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00901-CV**

---

**IN RE HOTSHOT ANNA, LLC AND BASHAR MOHAMMAD ALOTAIBI, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-30507**

---

## MEMORANDUM OPINION

On November 29, 2023, relators Hotshot Anna, LLC and Bashar Mohammad Alotaibi filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators

ask this Court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to vacate the trial court's September 18, 2023 order denying relators' motion to compel plaintiff's independent medical examination, and the trial court's October 16, 2023 order denying relators' motion to reconsider order denying motion to compel physical examination.

In the mandamus record before this Court, relators have included a November 3, 2023 affidavit by Dr. Mark W. Maffet, M.D., attesting that additional information about the existence, nature and extent of plaintiff's injuries could be discovered upon physical examination. This affidavit was not before the trial court prior to the trial court denying relators' motion to compel an independent medical examination and denying relators' motion to reconsider.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.